UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br>LISA DEL ALBA,<br>    Debtor.<br><br>LISA DEL ALBA,<br>    Plaintiff<br>v.<br>UNITED STATES DEPARTMENT OF EDUCATION,<br>    Defendant. | Case no. 25-11053-TWD<br>Chapter 7<br>Adv. Proc. No.<br><br>COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN DEBT |

## I. PARTIES & JURISDICTION

1.1 Plaintiff is the debtor in the above-referenced proceeding. She filed a petition for relief pursuant to Title 11, Chapter 7 on April 18, 2025.

1.2 Defendant is the United States Department of Education ("DOE").

COMPLAINT TO DETERMINE DISCHARGEABILITY
OF STUDENT LOAN DEBT

1

Neu Law, PLLC
1825 NW 65th Street
Seattle, WA 98117
(206)297-6349
latife@neulegal.com

1.3     Plaintiff may serve Defendant United States Department of Education by mailing a copy of the Summons and Complaint to the United States Department of Education by first class mail to the below addresses:

>   Secretary of Education Linda McMahon
>   U.S. Department of Education
>   400 Maryland Ave. SW
>   Washington, DC 20202
>
>   US Attorney
>   Attn: Civil Process Clerk
>   700 Stewart Street, Ste. 5220
>   Seattle, WA 98101-1271
>
>   Attorney General of the United States Pam Bondi
>   Department of Justice
>   950 Pennsylvania Ave NW, Room B103
>   Washington, DC 20530-0001

Federal Rule of Bankruptcy Procedure 7004(b)(4) and (5).

1.4     This Court has jurisdiction over the subject matter as an adversary proceeding under 11 U.S.C. §523(a) and 28 U.S.C. §1334.

1.5     This is a core proceeding. This is a proceeding in which the Court can enter a final judgment and over which the Court has jurisdiction pursuant to *Stern v. Marshall*, 564 U.S. 293, 131 S. Ct. 2594 (2011).

## II.     ACTIONS GIVING RISE TO CLAIM

2.1     Between 1997 and 1999, the Plaintiff entered into a number of student loans under the Federal Family Education Loan (FFEL) Program. These were consolidated in 2004 into an FFEL Program consolidation loan in the amount of $102,986. The original loans and consolidation loan were kept in good standing at all times.

2.2     The Plaintiff incurred a single Federal Direct Parent PLUS loan in 2015 the amount of $11,462 to help her adult child pursue post-secondary education.

2.3     The Plaintiff's own loans and the 2015 Parent PLUS loan were consolidated into the

COMPLAINT TO DETERMINE DISCHARGEABILITY
OF STUDENT LOAN DEBT

2

Neu Law, PLLC
1825 NW 65th Street
Seattle, WA 98117
(206)297-6349
latife@neulegal.com

Case 25-01082-TWD    Doc 1    Filed 07/17/25    Ent. 07/17/25 12:05:46    Pg. 2 of 4

Direct Loan system in 2022. The balance of the subsidized and unsubsidized portions of the debt totaled $183,879 when it was disbursed, accruing interest at a rate of 4.38%.

2.4 According to www.studentaid.gov, the current balance owed by Plaintiff is over $192,000 presently.

2.5 Plaintiff is approaching retirement age. She is self employed as an environmental health consultant, with modest earnings. Her husband recently started a new job that enables the couple to meet their basic needs. The couple has minimal assets and little savings.

2.6 Plaintiff has maintained all of her loans in good standing since they entered repayment. The large bulk of this debt was originally incurred before the turn of the century.

2.7 Plaintiff's household income is insufficient to afford to make meaningful payments on this debt.

2.8 Plaintiff's household income is unlikely to increase such that she could make meaningful payments toward the debt in the future.

2.9 Plaintiff has maximized her income and minimized her expenses.

2.10 The above indicates that the Plaintiff is entitled to a hardship discharge pursuant to 11 USC 523(a)(8). She has met all of the elements of the *Brunner* test, and is eligible for relief in light of applicable statute and case law.

### III. PRAYER FOR RELIEF

THEREFORE, Plaintiff requests the following:

A. That the Court enter an Order declaring her student loans discharged or partially discharged in this bankruptcy case.

B. For such other additional or different relief as this court deems fit in the interest of justice.

COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN DEBT

Neu Law, PLLC
1825 NW 65th Street
Seattle, WA 98117
(206)297-6349
latife@neulegal.com

DATED July _, 2025.

LATIFE NEU, ATTORNEY AT LAW


By: */s/ Latife H. Neu*
Latife H. Neu, WSBA #33144
Attorney for Debtor/Plaintiff Lisa Del Alba

COMPLAINT TO DETERMINE DISCHARGEABILITY
OF STUDENT LOAN DEBT

Neu Law, PLLC
1825 NW 65th Street
Seattle, WA 98117
(206)297-6349
latife@neulegal.com

4

Page 4 of 4

Case 25-01082-TWD    Doc 1    Filed 07/17/25    Ent. 07/17/25 12:05:46    Pg. 4 of 4